NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL MOSLEY,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )   Case No. 2D18-675
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Daniel Mosley, pro se.

PER CURIAM.


                Affirmed.


NORTHCUTT, CASANUEVA, and BLACK, JJ., Concur.